**Order filed May 12, 2016**



In The

# Fourteenth Court of Appeals

_____

NO. 14-16-00044-CV
_____

**WILLIAM A. VAN DER VLIST, Appellant**

**V.**

**SAMARA PORTFOLIO MANAGEMENT, INC., Appellee**

**On Appeal from County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1060899**

# O R D E R

Appellant's brief was due **May 6, 2016.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **June 6, 2016**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM